UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ 12-174 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| PRINCE MARTIN MAYELE, | |
| Defendant. | |

<u>Offense charged</u>: Conspiracy to Commit Mail Fraud and Wire Fraud, Mail Fraud, Wire Fraud, Aiding and Abetting

<u>Date of Detention Hearing</u>: April 11, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

///

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged in the Central District of California with the above listed offenses. He was arrested at the U.S./Canada border. Defendant was born in the Republic of Congo. He possesses a passport from that country, and resides in Canada. Defendant indicates he is a citizen of that country and has a valid Canadian passport.

2. The Court finds defendant poses a risk of nonappearance due to being a citizen of another country residing in Canada, the nature of the current charges, his lack of ties to this Country, ties to Nigeria and extensive international travel. He poses a risk of financial danger due to the nature of the current charges, as the AUSA proffers the alleged conspiracy involved elderly or unsophisticated victims.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 11th day of April, 2012.

Mary Alice Theiler
United States Magistrate Judge